IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-162-DCK

| | |
|---|---|
| ALEXANDER BEAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Remand" (Document No. 14) filed March 12, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For Remand" (Document No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is hereby **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. <u>See</u> <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991); <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Signed: March 12, 2018

David C. Keesler
United States Magistrate Judge