IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-162-DCK

| | |
|---|---|
| ALEXANDER BEAMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>**Acting Commissioner of Social Security,** )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. §2412" (Document No. 17) filed March 28, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. §2412" (Document No. 17) is **GRANTED**. The Commissioner of Social Security shall pay to Plaintiff the sum of four thousand, five hundred dollars ($4,500.00), sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA 28 U.S.C. 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**SO ORDERED**.

Signed: March 30, 2018

David C. Keesler
United States Magistrate Judge